BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00422 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM |
| DERRICK JASON PAIR, | JANUARY 22, 2013, TO |
| Defendant. | MARCH 5, 2013 |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 22, 2013.

2. By this stipulation, the defendant now moves to continue the status conference until March 5, 2013 at 9:45 a.m., and to exclude time between January 22, 2013, and March 5, 2013 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case

includes several hundred pages of discovery. Included with this discovery is a significant amount of computer evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c. The government does not object to the continuance.

   d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of January 22, 2013 to March 5, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 11, 2013          Respectfully Submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                           By:   */s/ Kyle Reardon*
                                 KYLE REARDON
                                 Assistant U.S. Attorney

Dated: January 11, 2013          */s/ Kyle Reardon* for
                                 ERIC CHASE
                                 **Attorney for the Defendant**

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>DERRICK JASON PAIR,<br><br>    Defendant. | CASE NO. 2:12-CR-00422 JAM<br><br>ORDER CONTINUING STATUS CONFERENCE FROM JANUARY 22, 2013, TO MARCH 5, 2013 |

The parties' stipulation is approved and so ordered. The time beginning January 22, 2013, until March 5, 2013, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: 1/11/2013

/s/ John A. Mendez
JOHN A. MENDEZ.
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com