1  THE CRIMINAL DEFENSE GROUP
   Eric Chase, SBN 148030
2  4181 Sunswept Drive, Ste. 100
   Studio City, CA 91604
3  Telephone: (818) 487-7400
   Facsimile: (818) 487-7414
4
   Attorneys for Defendant,
5  DERRICK JASON PAIR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00422-JAM-1 |
| Plaintiff, | |
| vs. | ORDER |
| DERRICK JASON PAIR | |
| Defendant. | |

Upon the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the status conference of this matter, presently set for July 16, 2013, be continued to August 20, 2013 at 9:45 a.m.

Dated: 7/10/2013

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

-1-
[PROPOSED] ORDER